**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

GARY P. JONES, et al.,

                Plaintiffs,

v.                                     CIVIL ACTION NO.  2:06-cv-00671

DOMINION RESOURCES SERVICES, INC., et al.,

                Defendants.

**ORDER**

Pending before the court is the parties' Joint Motion Seeking Approval of Notice Expert and Claims Administrator Invoices (Tenth) [Docket 225].

The parties agree the procedures set forth in the Amended Settlement Agreement have been followed.

The parties further agree the invoices submitted herewith for services rendered by Notice Expert, Hilsoft Notifications ("Hilsoft"), and Claims Administrator, Arnett & Foster, P.L.L.C. ("A&F"), constitute Administrative Expenses that are in accordance with the terms of the Amended Settlement Agreement.

Accordingly, the parties' Joint Motion Seeking Approval of Notice Expert and Claims Administrator Invoices (Tenth) is **GRANTED** for the following invoices:

1.      Hilsoft Invoice Number 100047 in the amount of $262.50, dated May 31, 2009; and

2.      A&F Invoice Number 00160255 in the amount of $7,895.00, dated June 12, 2009

(one-half of the total invoice amount of $15,790.00); and

3.      A&F Invoice Number 00160256 in the amount of $68,386.01, dated June 12,

2009.

The court **ORDERS** Dominion to pay the approved Administrative Expenses in

accordance with  the Amended Settlement Agreement.

The court **ORDERS** Defendant's counsel to forthwith provide a copy of this Order to the

Notice Expert and the Claims Administrator.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any

unrepresented party.

ENTER:        July 13, 2009

Joseph R. Goodwin, Chief Judge